United States of America,       )     Case No. CR   17 - 512 (VC)
                                )
          *Plaintiff,*          )     STIPULATED ORDER EXCLUDING TIME
     v.                         )     UNDER THE SPEEDY TRIAL ACT
                                )                                    FILED
CLEVELAND MARTIN                )
                                )                                   OCT 13 2017
          *Defendant.*          )                            SUSAN Y. SOONG
                                )                        CLERK, U.S. DISTRICT COURT
                                                      NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on __October 13__, 2017, the Court excludes time under the Speedy Trial Act from __October 13__, 2017 to __November 7__ 2017 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____    Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____    The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of
        defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
        or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
        itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
        taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
        counsel's other scheduled case commitments, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__   Failure to grant a continuance would unreasonably deny the defendant the reasonable time
        necessary for effective preparation, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: __10-13-17__

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

STIPULATED: _____     _____
            Attorney for Defendant                Assistant United States Attorney